UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN LAPEER and LAUREN LAPEER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HENDERSON, HENDERSON POLICE DEPARTMENT, HECTOR VILLA, THEDRICK ANDRES, ANTHONY BRANCHINI, DOE DEFENDANTS 1 through 20, and ROE DEFENDANTS 1 through 10,<br><br>Defendants. | Case No. 2:24-cv-00332-GMN-EJY<br><br>**ORDER** |

Pending before the Court are two Motions to Seal filed by Plaintiff. ECF Nos. 15, 19. In Plaintiff's Motions, filed on Friday, March 15, 2024, Plaintiff seeks to seal Exhibit 2 to his Opposition to City of Henderson, Henderson Police Department, Thedrick Andres, and Anthony Branchini's Special Anti-SLAPP Motion to Dismiss under NRS 41.660 (ECF No. 15), and Exhibit 3 to Plaintiff's Opposition to Villa's Special Motion to Dismiss (ECF No. 19). Plaintiff explains Exhibits 2 and 3 "contains information, such as the addresses of crime scenes (which appear to be home addresses), and information concerning the name of a purported 'confidential informant' utilized by the Henderson Police Department. ECF Nos. 15 at 1-2, 19 at 1. Plaintiff further explains "[t]he document also discusses police investigative techniques (such as the use of confidential informants), and this information could be used for improper purposes and could create a risk of harm to the peace officers who are identified by name in this document." *Id.*

Under Ninth Circuit precedent established in *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), there is a "strong presumption of access to judicial records applies fully to dispositive pleadings, including motions for summary judgment and related attachments. . . . Thus, 'compelling reasons' must be shown to seal judicial records attached to a dispositive motion." Plaintiff, who is opposing dispositive motions, demonstrates compelling reasons to seal the records at Exhibit 2 and 3 in ECF Nos. 15 and 19 respectively.

1

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motions to Seal (ECF Nos. 15, 19) are GRANTED.

IT IS FURTHER ORDERED that Exhibit 2 to ECF No. 16, found at ECF No. 17, is and will remain sealed.

IT IS FURTHER ORDERED that Exhibit 3 to ECF No. 20, found at ECF No. 21, is and will remain sealed.

Dated this 18th day of March, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE