# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN LAPEER, et al., | Case No. 2:24-cv-00332-GMN-EJY |
| Plaintiffs, | **Order** |
| v. | |
| CITY OF HENDERSON, et al., | |
| Defendants. | |

On February 21, 2024, the Court set this case for an early neutral evaluation ("ENE") on May 14, 2024. Docket No. 6. Based on the claims in the complaint, however, this case is not properly assigned to the ENE program. LR 16-6(a); Docket No. 1-3. Accordingly, the Court **VACATES** the ENE.

IT IS SO ORDERED.

Dated: April 5, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1