Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:	702.862.7709
Fax No.:	702.862.8150
wkrincek@littler.com
edthomas@littler.com
asclark@littler.com

Attorneys for Defendants
CITY OF HENDERSON, HENDERSON POLICE DEPARTMENT, THEDRICK ANDRES, AND ANTHONY BRANCHINI

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN LAPEER and LAUREN LAPEER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HENDERSON, HENDERSON POLICE DEPARTMENT, HECTOR VILLA, THEDRICK ANDRES, ANTHONY BRANCHINI, DOE Defendants 1 through 20, and ROE Defendants 1 through 10,<br><br>Defendants. | Case No. 2:24-cv-00332-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS CITY OF HENDERSON, HENDERSON POLICE DEPARTMENT, THEDRICK ANDRES, AND ANTHONY BRANCHINI TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>**[FIRST REQUEST]** |

Defendants City of Henderson, Henderson Police Department, Thedrick Andres, and Anthony Branchini (collectively "City Defendants"), through their counsel, hereby agree and stipulate to extend the time for the City Defendants to file a reply in support of Defendants' Motion to Stay Discovery [ECF No. 30], by nine days from the current deadline of May 22, 2024, up to

and including **May 31, 2024**.

The City Defendants filed their Motion to Stay Discovery on May 1, 2024. [ECF No. 30]. On May 9, 2024, Defendant Hector Villa filed a joinder to the City Defendants' Motion. [ECF No. 32]. On May 15, 2024, Plaintiffs filed their Opposition to the City Defendants' Motion and joinder filed by Defendant Hector Villa. [ECF No. 34]. The parties stipulate and agree that good cause exists for the requested extension as counsel for the City Defendants, Andrew Clark, is presently out of the office on a long-planned vacation, and various personal and commitments in other cases over the next week will prevent other counsel for the City Defendants from completing the reply by the current deadline of May 22, 2024.

This is the first request for an extension of time to reply to the Defendants' Motion and is made in good faith and not for the purpose of delay.

Dated: May 20, 2024

SGRO & ROGER

By: */s/ Han G. Lee*
Anthony Sgro, Esq.
Alanna Bondy, Esq.
Han G. Lee, Esq.

Attorneys for Plaintiffs
KEVIN LAPEER and LAUREN LAPEER

Dated:  May 20, 2024

LITTLER MENDELSON, P.C.

By: */s/ Ethan D. Thomas*
Wendy M. Krincek, Esq.
Ethan D. Thomas, Esq.
Andrew S. Clark, Esq.

Attorneys for Defendants
CITY OF HENDERSON, HENDERSON POLICE DEPARTMENT, THEDRICK ANDRES AND ANTHONY BRANCHINI

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: May 20, 2024