Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.7709
Fax No.:         702.862.8150
wkrincek@littler.com
edthomas@littler.com
asclark@littler.com

Attorneys for Defendant
CITY OF HENDERSON

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN LAPEER and LAUREN LAPEER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HENDERSON, HECTOR VILLA, DOE Defendants 1 through 20, and ROE Defendants 1 through 10,<br><br>Defendants. | Case No. 2:24-cv-00332-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND TO STATE COURT AND TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendants, the City of Henderson and Hector Villa, and Plaintiffs, Kevin Lapeer and Lauren Lapeer, through their counsel, hereby agree and stipulate to remand this case to Eighth Judicial District Court, Clark County, Nevada.  To that end, the parties stipulate and agree as follows:

1. On December 6, 2023, Plaintiffs Kevin and Lauren LaPeer filed their Complaint in the Eighth Judicial District Court for Clark County, Nevada, asserting six causes of action against the City of Henderson, Henderson Police Department, Thedrick Andres, and Anthony Branchini (collectively the "City Defendants"), and Officer Hector Villa.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2. The LaPeers' fifth claim sought relief against the City Defendants under 42 U.S.C. § 1983.

3. On February 16, 2024, the City of Henderson removed the case to this Court under 28 U.S.C. § 1331, based on the LaPeers' § 1983 claim, which arose under the laws of the United States.

4. The City Defendants moved to dismiss the LaPeers' § 1983 claim on February 23, 2024 (ECF No. 8).

5. On August 1, 2024, the Court dismissed the LaPeers' § 1983 claim with leave to amend (ECF No. 40).

6. On August 22, 2024, the LaPeers filed their First Amended Complaint (ECF No. 44).

7. The LaPeers did not re-allege their § 1983 claim in the First Amended Complaint (*see generally* ECF No. 44). Nor did the LaPeers allege any other claim arising under the Constitution, treaties, or laws of the United States. *See* 28 U.S.C. § 1331. Thus, there remains no basis for federal-question jurisdiction in this Court.

8. Neither is there a basis for subject matter jurisdiction under 28 U.S.C. § 1332(a) at this time, as the parties are not citizens of different states.

9. Accordingly, the parties stipulate and agree that remand is appropriate and consent to this Court's order remanding the case to the Eighth Judicial District Court for Clark County, Nevada.

In order to efficiently facilitate the proceedings in this case pending remand to the Eighth Judicial District Court, the parties further stipulate and agree as follows:

10. Should the Court grant the parties' stipulation to remand and remand this case to the Eighth Judicial District Court, the deadline for all Defendants to respond to Plaintiffs' First Amended Complaint shall be extended up to and including twenty-one days from the date that a notice of entry of this Court's order remanding the action is filed in the Eighth Judicial District Court.

11. Should the Court deny the parties' stipulation to remand this case to the Eighth

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2

Judicial District Court and thereby retain subject matter jurisdiction, the deadline for all Defendants to respond to Plaintiffs' First Amended Complaint shall be extended up to and including twenty-one days from the entry of such order.

12. This is the first request for an extension of time for Defendants to respond to Plaintiffs' First Amended Complaint and is requested in good faith and not for purposes of delay.

Dated: September 4, 2024

SGRO & ROGER

By: /s/ Alanna Bondy
Anthony Sgro, Esq.
Alanna Bondy, Esq.
Han G. Lee, Esq.

Attorneys for Plaintiffs
KEVIN LAPEER and LAUREN LAPEER

Dated: September 4, 2024

WILSON ELSER

By: /s/ Sheri Thome
Sheri Thome, Esq.

Attorneys for Defendant
HECTOR VILLA

**IT IS FURTHER ORDERED**, that both ECF No. 47 Stip for an Extension of Time and ECF No. 45 Mtn to Remand. are DENIED as moot.

Dated: September 4, 2024

LITTLER MENDELSON, P.C.

By: /s/ Andrew S. Clark
Wendy M. Krincek, Esq.
Ethan D. Thomas, Esq.
Andrew S. Clark, Esq.

Attorneys for Defendant
CITY OF HENDERSON

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 4, 2024

4876-8601-3919.1 / 080828-1032